**Fill in this information to identify the case:**

Debtor name __700 TRUST__

United States Bankruptcy Court for the: __Northern District of Florida__

Case number (If known): __24-10230-KKS__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand** $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number
   3.1. _____ _____ ____ ____ ____ ____  $_____
   3.2. _____ _____ ____ ____ ____ ____  $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1** $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____  $_____
   7.2. _____  $_____

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 1

Debtor  700 TRUST
      Name

Case number (*if known*) 24-10230-KKS

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____ $_____

    8.2. _____ $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    $_____

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........→    $_____
                                          face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........→    $_____
                                            face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $_____

    14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                         % of ownership:

    15.1. _____ _____% _____ $_____

    15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $_____

    16.2. _____ _____ $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  700 TRUST_____  Case number *(if known)*_24-10230-KKS_____
 Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.
    $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Official Form 206A/B Schedule A/B: Assets — Real and Personal Property page 3

Debtor  700 TRUST _____   Case number *(if known)* 24-10230-KKS_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

      ❏ No
      ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No
    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ❏ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                                  $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❏ No
    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

Debtor    700 TRUST_____    Case number *(if known)* 24-10230-KKS_____
          Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____    $_____    _____    $_____
    47.2 _____    $_____    _____    $_____
    47.3 _____    $_____    _____    $_____
    47.4 _____    $_____    _____    $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    $_____    _____    $_____
    48.2 _____    $_____    _____    $_____

49. **Aircraft and accessories**

    49.1 _____    $_____    _____    $_____
    49.2 _____    $_____    _____    $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    $_____    _____    $_____

51. **Total of Part 8.**                                                                      $_____

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Debtor | 700 TRUST | Case number (*if known*) 24-10230-KKS |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 700 Gulf Shore Boulevard North<br>Naples, FL 34102 | Fee Simple | $_____ | Estimate<br>_____ | $ 15,000,000.00 |
| 55.2 | 147 Silver Laurel Way, Santa Rosa Beach, FL 32459, | Fee Simple | $_____ | Estimate<br>_____ | $ 2,500,000.00 |
| 55.3 | See continuation sheet | | $ 0.00 | _____ | $ 25,000,000.00 |

56. **Total of Part 9.**                                                                                                       $ 42,500,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☑ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. | **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. | **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. | **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. | **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. | **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                                                                      $_____
    Add lines 60 through 65. Copy the total to line 89.

Debtor  700 TRUST
       Name                                                              Case number (*if known*) 24-10230-KKS

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ❏ No
    - ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ❏ No
    - ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☑ No. Go to Part 12.
    - ❏ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____
    _____ − _____ = ➔   $_____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____
                                                                                  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    See Addendum A                                                                $_____
    **Nature of claim**       _____
    **Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    See Addendum B                                                                $_____
    **Nature of claim**       _____
    **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**
    _____
                                                                                  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____                               $_____
    _____                               $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                           $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

---

Official Form 206A/B                  Schedule A/B: Assets — Real and Personal Property                  page 7

Debtor    700 TRUST                                                    Case number *(if known)* 24-10230-KKS
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................➔ | | $ 42,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... 91a. | $ 0.00 | + 91b. $ 42,500,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...........................................................................................    42,500,000.00      $ 42,500,000.00

| Debtor 1 | 700 TRUST | | Case number *(if known)* 24-10230-KKS |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**55) Real property**

| DESCRIPTION | INTEREST | VALUATION METHOD | CURRENT VALUE |
|---|---|---|---|
| "Seventh Avenue North" adjacent to Lot 10, Block 7, Naples Golf and Beach Club Tract, according to Plat Book 1, Page 63, of the Public Recdords of Collier County, Florida | Fee Simple | Estimate | 15,000,000 |
| An undivided interst in common in 247.87 acres in The Villages at Seagrove Planned Unit Development" (the "Seagrove PUD"). | Fee Simple | Estimate | 10,000,000.00 |

**700 TRUST**
**CHAPTER 11**
**Case 24-10230-KKS**

**Addendum "A"**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**700 Gulf Shore Blvd North**

US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al., No. 2009-CA-10813, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al., USCA11 Case: 24-13549 (Appeal from the United States District Court for the Middle District of Florida D.C. Docket No. 2:24-cv-00452-JES)

US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al., No. 8:24-cv-03082, in the United States District Court for the District of Maryland.

US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al., No. 2:24-cv-01086, in the United States District Court for the Middle District of Florida

Myers v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11, et al., No. 2:24-cv-00370 in the United States District Court for the Middle District of Florida

Myers v. U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-11, USCA11 Case: 23-13409 (Appeal from the United States District Court for the Middle District of Florida D.C. Docket No. 2:22-cv-00498-JES)

Myers v. Naples Golf and Beach Club, Inc., et al. No. 21-CA-1441 (Fla. 20th Cir. Ct. 2021)

Myers v. Naples Golf and Beach Club, Inc., et al., USCA11 Case: 23-11906 (Appeal from the United States District Court for the Middle District of Florida D.C. Docket No. 2:23-cv-00013-JES-KCD)

Myers v. Naples Golf and Beach Club, Inc., et al., USCA11 Case: 24-13551 (Appeal from the United States District Court for the Middle District of Florida D.C. Docket No. 2:24-cv-00846-JES)

Myers v. Naples Golf and Beach Club, Inc., et al. No. 1:24-cv-03127, in the United States District Court for the District of Columbia

Myers v. City of Naples, et al., No. 22-CA-1121 (Fla. 20th Cir. Ct. 2022)

Myers v. City of Naples.et al., No. 2:24-cv-419 (M.D. Fla.)

Myers v. City of Naples. Et al., No. 2:24-cv-235 (M.D. Fla. Mar. 13, 2024)

**147 Silver Laurel Way**

Bank of America, National Association v. Barbara Ann Kelly, et al., Case No. 2010-CA-660, in the Circuit Court in and for Walton County, Florida

Barbara Ann Kelly, et al. v. Bank of America, National Association, Case No. 1D18-690, in the Florida First District Court of Appeal

Barbara Ann Kelly, et al. v. Bank of America, National Association, Case No. 1D19-1839, in the Florida First District Court of Appeal

Barbara Ann Kelly, et al. v. Bank of America, National Association, et al., Case No. 2020-CA-2852, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

Gregory B. Myers v. Walton County, Case No. 2017-CA-172, in the Circuit Court in and for Walton County, Florida

Gregory B. Myers v. Walton County, Case No. 2020-CA-434, in the Circuit Court in and for Walton County, Florida

Gregory B. Myers v. The St. Joe Company, et al., Case No. 20-CA-3406, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida

**700 TRUST**
**CHAPTER 11**
**Case 24-10230-KKS**

**Addendum "B"**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

700 TRUST arguably possesses claims or causes of action against: US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11; U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-11;
Bank of America, National Association; Wells Fargo Bank, N.A.; Dream Team Realty of NW Florida, LLC; Michael K. Bailey; Walton County, Florida; The St. Joe Company; Watercolor Development, LLC; Watercolor Homeowners Association, Inc.; Carlton Fields, P.A.; Offit Kurman, P.A.; Timothy Lynch; The VerStandig Law Firm, LLC; Maurice VerStandig; McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.; Roger Schlossberg, Trustee; Naples Golf and Beach Club, Inc.; Naples Property Holding Company, LLC; Naples Beach Club Land Trust Trustee, LLC, as Trustee under the Land Trust Agreement dated as of May 27, 2021; and/or their principals, affiliates, successors and/or assigns.

700 TRUST may also possess other legal claims or causes of action against third parties**,** including without limitation, counterclaims, third party claims, and rights to set off claims, that it is not aware of at this time. 700 TRUST reserves the right to amend and/or supplement these schedules to add claims not currently known and/or that may be revealed through discovery.