**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re: 700 TRUST,   Case No.: 24-10230-KKS
                    Chapter 11

    Debtor.
_____/

## NOTICE OF APPEAL

Debtor and Debtor-in-Possession 700 TRUST, by and through its undersigned attorney, appeals to the United States District Court for the Northern District of Florida from the INTERIM ORDER GRANTING, IN PART, INTERESTED PARTIES' EXIGENT MOTION TO CONFIRM AUTOMATIC STAY DOES NOT APPLY TO CERTAIN PENDING MATTERS, TO DISMISS THIS CASE FOR VIOLATING EXISTING FILING INJUNCTIONS, AND FOR SANCTIONS AGAINST THE BENEFICIARIES OF THE DEBTOR AND COUNSEL (ECF No. 53) and PROVIDING NOTICE TO CERTAIN COURTS AND CLERKS [Doc. 80] (the "Order"), entered December 20, 2024, by the United States Bankruptcy Court for the Northern District of Florida. A copy of the Order is attached hereto as **Exhibit A**.

Dated: December 22, 2024

                                              Respectfully submitted,
                                              Gort Law, P.A.

                                              By: */s/Michael A. Gort*
                                              Michael Gort
                                              Florida Bar No. 73809
                                              601 Heritage Drive, Suite 457
                                              Jupiter, FL 33458
                                              561-900-0478 Office
                                              561-900-3213 Text and Fax
                                              E-Service: mike@gortlaw.com
                                              Attorney for the Debtor 700 TRUST

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

700 TRUST,   CASE NO.: 24-10230-KKS
              CHAPTER: 11

    Debtor.
_____/

### INTERIM ORDER GRANTING, IN PART, *INTERESTED PARTIES' EXIGENT MOTION TO CONFIRM AUTOMATIC STAY DOES NOT APPLY TO CERTAIN PENDING MATTERS, TO DISMISS THIS CASE FOR VIOLATING EXISTING FILING INJUNCTIONS, AND FOR SANCTIONS AGAINST THE BENEFICIARIES OF THE DEBTOR AND COUNSEL* (ECF No. 53) and PROVIDING NOTICE TO CERTAIN COURTS AND CLERKS

THIS CASE came before the Court for hearing on Wednesday, December 18, 2024, on *Interested Parties' Exigent Motion to Confirm Automatic Stay Does Not Apply to Certain Pending Matters, to Dismiss This Case for Violating Existing Filing Injunctions, and for Sanctions Against the Beneficiaries of the Debtor and Counsel* ("Motion," ECF No. 53), filed on behalf of Interested Parties, NAPLES PROPERTY HOLDING COMPANY, LLC; NAPLES BEACH CLUB LAND TRUSTS TRUSTEE, LLC, as Trustee; NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC, as Trustee; NBC CLUB OWNER,

LLC ("NBC Entities"); and TIDES NOTE ON NOTE LENDER I, LLC ("Buyer"). Present at the hearing were Drew M. Dillworth and Glenn Burhans, Jr., counsel to the NBC Entities and Buyer, Michael Alan Gort, counsel to Debtor, and Gregory B. Myers, representative and co-Trustee of Debtor, 700 Trust.

Debtor filed no written response to the Motion. Debtor argued its opposition to the Motion at the hearing. The Court enters this Interim Order to make public its ruling at the hearing. The Court will enter a final order containing its ruling in more detail in short order.

The Motion, as filed, sought three (3) types of relief: a ruling that the automatic stay does not apply, dismissal of the case, and sanctions for filing the instant case. At the beginning of the hearing, the Court granted, in part, Debtor's motion to strike the Motion.[1] The Court then proceeded to consider and rule on only that portion of the Motion seeking an order that the automatic stay does not apply to the NBC Entities, the Buyer, the "Naples property" and the "Naples Litigation."

As announced in open court at the hearing, and as will be set forth

---

[1] *Debtor's Motion to Strike Interested Parties' Exigent Motion to Confirm Automatic Stay does not Apply to Certain Pending Matters, to Dismiss this Case for Violating Existing Filing Injunctions, and for Sanctions against the Beneficiaries of the Debtor and Counsel*, ECF No. 64.

in further detail in a final order, it is:

ORDERED:

1. The Motion (ECF No. 53) is GRANTED, in part, as set forth below.

2. This Court gives full faith and credit to the prospective stay relief and equitable servitude imposed by the U.S. Bankruptcy Court for the District of Maryland: *In re Kelly*, 656 B.R. 541, 611 (Bankr. D. Md. 2023).

3. The automatic stay imposed by 11 U.S.C. § 362(a) upon the filing of the Petition in the instant case DOES NOT APPLY to the Naples property (700 Gulf Shore Boulevard North, Naples, Florida), or the Naples Litigation (pending litigation in state and federal courts arising from and related to the Naples property).[2]

4. "The equitable servitude means that Ms. Kelly and any individuals and/or entities with an interest in any of the Kelly Properties [including 700 Trust] will be precluded from taking advantage of the automatic stay of Section 362(a) in any bankruptcy case filed between now and four years after the order

---

[2] As those terms are defined in the Motion and in *In re Kelly*, 656 B.R. 541, 611 (Bankr. D. Md. 2023).

3

imposing the equitable servitude becomes final and nonappealable."[3]

5. **NOTICE TO JUDGES AND CLERKS OF COURT: THE AUTOMATIC STAY OF 11 U.S.C. § 362(a) DOES NOT APPLY WITH REGARD TO THE BELOW-LISTED ACTIONS:**

   a. *Myers v. Naples Golf and Beach Club*, No. 1:24-cv-03127 (D.C. Cir. 2024);

   b. *U.S. Bank Nat'l Assoc. v. Kelly et al.*, No. 11-02009-CA-010813 (Fla. 20th Cir. Ct. 2009);

   c. *U.S. Bank Nat'l Assoc. v. Kelly*, No. 8:24-cv-03082-PC (D. Md. 2024);

   d. *U.S. Bank Nat'l Assoc. v. Kelly*, No. 2:24-cv-01086 (M.D. Fla. 2024); and

   e. *Myers v. U.S. Bank Nat'l Assoc. and Deluca Law* Group, No. 2:24-cv-00370-JES-KCD (M.D. Fla. 2024).

6. The Court reserves jurisdiction over this case and the Motion and will issue a full and final ruling on the Motion in the near future.

DONE and ORDERED on December 20, 2024                    .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: Attorney Drew M. Dillworth is directed to serve a copy of this Order on interested parties and file a certificate of service within 3 business days of entry of the Order.

---

[3] *Id.* at 610.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE

In Re:                                                               Case No.: 24-10230-KKS
                                                                     Chapter:  11

700 TRUST
_____Debtor_____/

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Appeal, above, filed on December 22, 2024, was served as set forth below:

**Served via Notice of Electronic Filing (NEF)**: The undersigned verifies that the foregoing document was served via NEF on December 22, 2024 to the below-listed person(s) and entities:

Drew Michael Dillworth on behalf of Interested Party NBC Club Owner, LLC
ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;fsanchez@stearnsweaver.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Michael Alan Gort on behalf of Debtor 700 Trust
mike@gortlaw.com

**Served by U.S. Mail**: On December 22, 2024, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

**See attached mailing matrix.**

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2024

                                                Respectfully submitted,
                                                Gort Law, P.A.

                                                By: /s/Michael A. Gort
                                                Michael Gort
                                                Florida Bar No. 73809
                                                601 Heritage Drive, Suite 457
                                                Jupiter, FL 33458
                                                561-900-0478 Office
                                                E-Service: mike@gortlaw.com
                                                Attorney for the 700 TRUST

```
Label Matrix for local noticing          700 Trust                                Florida Dept. of Labor/Employment Security
1129-1                                   700 Gulf Shore Boulevard North           c/o Florida Dept. of Revenue
Case 24-10230-KKS                        Naples, FL 34102-5325                    P.O. Box 6668
Northern District of Florida                                                      Tallahassee, FL 32314-6668
Gainesville
Sun Dec 22 21:41:44 EST 2024

Florida Dept. of Revenue                 NBC Club Owner, LLC                      Naples Beach Club Land Trust Trustee, LLC, a
Bankruptcy Unit                          c/o Drew Dillworth, Esq.                 c/o Drew Dillworth, Esq.
P.O. Box 6668                            150 West Flagler St.                     150 West Flagler St.
Tallahassee, FL 32314-6668               Suite 2200                               Suite 2200
                                         Miami, FL 33130-1545                     Miami, FL 33130-1545


Naples Beach Club Phase II and III Land Trus   Naples Property Holding Company, LLC    Tides Note on Note Lender I, LLC
c/o Drew Dillworth, Esq.                 c/o Drew Dillworth, Esq.                 c/o Drew Dillworth, Esq.
150 West Flagler St.                     150 West Flagler St.                     150 West Flagler St.
Suite 2200                               Suite 2200                               Suite 2200
Miami, FL 33130-1545                     Miami, FL 33130-1545                     Miami, FL 33130-1545


(p)UNITED STATES ATTORNEY'S OFFICE       U.S. Securities & Exchange Commission    *Bank of America National Association
111 NORTH ADAMS STREET                   Atlanta Reg Office and Reorg             Attn Bankruptcy Department
4TH FLOOR                                950 E Paces Ferry Rd NE                  3476 Stateview Boulevard
TALLAHASSEE FL 32301-7730                Ste. 900                                 Fort Mill, SC 29715-7203
                                         Atlanta, GA 30326-1382


*US Bank NA, as Trustee for Credit Suisse    *US Bank NA, as Trustee for Credit Suisse Fi    Bank of America, N.A.
First Boston CSFB 2005-11 c/o Newrez LLC  Boston CSFB 2005-11 c/o Newrez LLC      3476 Stateview Blvd Attn Bankruptcy Depa
Attention: Bankruptcy Department         Attention: Bankruptcy Department         Attn Bankruptcy Department
P.O. Box 10826                           P.O. Box 10826                           Fort Mill, SC 29715-7203
Greenville, SC 29603-0826                Greenville, SC 29603-0826


City of Naples                           Collier County Tax Collector             David Duvoisin
380 Riverside Circle                     3291 E. Tamiami Trail                    Tides Note on Note Lender I, LLC
Naples, FL 34102-1403                    Naples, FL 34112-3972                    1209 Orange Street
                                                                                  Wilmington, DE 19801-1120


Gregory B. Myers                         Internal Revenue Service                 Internal Revenue Service
700 Gulf Shore Blvd.                     1700 Palm Beach Lakes Blvd.              Centralized Insolvency Operations
Naples, FL 34102-5325                    West Palm Beach, FL 33401-2006           PO Box 7346
                                                                                  Philadelphia, PA 19101-7346


Naples Beach Club Entities               Naples Golf & Beach Club, Inc.           Silver Laurel LLC
c/o Glenn Burhans, Jr., Esq.,            c/o Jeffrey D. Fridkin, Esq.             c/o Mark C. Walker
Stearns Weaver Miller Weissler et al.    Gunster, Yoakley & Stewart, P.A.         Reklaw Management, LLC
106 East College Ave., Ste 700           5551 Ridgewood Drive, Ste. 501           4080 McGirts Blvd
Tallahassee, FL 32301-7721               Naples, Florida 34108-2719               Jacksonville, FL 32210-4381


U.S. Bank, NA, as Trustee                (p)WALTON COUNTY TAX COLLECTOR           United States Trustee +
P.O. Box 10826                           ATTN TOMA RUSHING                        110 E. Park Avenue
Greenville, SC 29603-0826                842 STATE HWY 20 E STE 122                Suite 128
                                         FREEPORT FL 32439-3904                   Tallahassee, FL 32301-7728


Merrick B. Garland +                     Secretary of the Treasury +              Internal Revenue Service +
Office of the Attorney General           U.S. Treasury Department                 P.O. Box 7346
Main Justice Bldg., Rm. 511              15th & Pennsylvania Ave.                 Philadelphia, PA 19101-7346
Tenth & Constitution                     Washington, DC 20220-0001
Washington, DC 20530-0001
```

| | | |
|---|---|---|
| Jason H. Egan + | Michael Alan Gort + | Drew Michael Dillworth + |
| Office of the U. S. Trustee | Gort Law, PA | Stearns Weaver Miller |
| 110 E. Park Avenue | 601 Heritage Dr. | 150 West Flagler St. |
| Suite 128 | Suite 457 | Suite 2200 |
| Tallahassee, FL 32301-7728 | Jupiter, FL 33458-2777 | Miami, FL 33130-1545 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U.S. Attorney (Tallahassee Office) | Walton County Tax Collector |
| 111 N. Adams Street | PO Box 510 |
| Fourth Floor | Defuniak Springs, FL 32435 |
| Tallahassee, FL 32301 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)*U.S. Bank NA as Trustee for | (d)Bank of America, National Association | (d)Gregory B. Myers |
| Credit Suisse First Boston | Attention: Bankruptcy Department | 700 Gulf Shore Blvd. |
| CSFB 2005-11 | 3476 Stateview Boulevard | Naples, FL 34102-5325 |
| 6200 S Quebec Street, Ste 300 | Fort Mill, SC  29715-7203 | |
| Attn: Specialized Loan Servicing | | |
| Greenwood Village, FL 8011 | | |

End of Label Matrix
Mailable recipients     32
Bypassed recipients      3
Total                   35